STATE OF MAINE

YORK, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-06-89


BRIAN MACDONALD,

Plaintiff

v.                                                          ORDER


THOMAS FULLERTON and
NORTHEAST CONTROLS, INC.,

Defendants


Following review, but without further hearing, the Defendants' Motion for

Additional Findings is Denied. The record contains sufficient written findings to

apprise the parties of the Court's rational and to permit effective appellate review.[1]


Dated:       March 11, 2008


G. Arthur Brennan
Justice, Superior Court

PLAINTIFFS:
Daniel J. Murphy, Esq.
Bernstein Shur Sawyer & Nelson
PO Box 9729
Portland ME   04104-5029

DEFENDANTS:
Timothy Dietz, Esq.
Nadeau Law LLC
883 Main Street Suite 1
Sanford ME   04073

---

[1]    It should be noted that while requests for additional findings are explicitly recognized under our rules (Rule 52(b) M.R.Civ.P.), "it is inappropriate to pose interrogatories to the court under the guise of a request for findings." *Rice v. Sebasticook Valley Hospital*, 487 A.2d 639, at ft.nt. 1, 640 (Me. 1985).